1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF OHIO

3             WESTERN DIVISION

4        CASE NUMBER: 1:07-CV-00449

5             JUDGE BARRETT

6

7

8   MIRACLE HURSTON                    PLAINTIFF

9        vs.

10  THE CITY OF SPRINGBORO, OHIO, ET AL.    DEFENDANTS

11

12                  * * * * * * * *

13  DEPONENT:        MIRACLE HURSTON

14  DATE:            FEBRUARY 14, 2008

15                  * * * * * * * *

16

17

18  Tina M. Barlow, CCR              *ORIGINAL*

19  Certified Court Reporter

20

21

22                  *Barlow*
                 *Raising the Bar*
23          Reporting & Video Services, LLC
               620 Washington Street
24            Covington, Kentucky 41011
                 (859) 261-8440
25

1      Q.   All right.  The last instruction is, let

2   me finish my question before you start to answer.

3   You can take as long as you want, but the court

4   reporter can only take down what one of us is saying

5   at a time, okay?

6      A.   Yes, sir.

7      Q.   All right.  Mr. Hurston, what's your date

8   of birth?

9      A.   **REDACTED**/80.

10     Q.   **REDACTED** ?

11     A.   1980.

12     Q.   And your address?

13     A.   1812 Grand Avenue.

14     Q.   Grand Avenue?

15     A.   Yes, sir.  Middletown, Ohio, 45044.

16     Q.   How long have you lived there?

17     A.   I'd say approximately 13 years, maybe a

18  little longer.

19     Q.   Okay.  Now, aside from yourself, who else,

20  if anyone, resides at that address?

21     A.   My mother.

22     Q.   Anyone else?

23     A.   I have a little girl.

24     Q.   Okay.

25     A.   But it's split between the two of us, so

1    not full-time.

2         Q.    Between the two of whom?

3         A.    Me and her mother.

4         Q.    All right.  But, I mean, so part-time you

5    have --

6         A.    My daughter.

7         Q.    A daughter?

8         A.    Yes.

9         Q.    And what's your daughter's name?

10        A.    J REDACTED  S REDACTED  Hurston.

11        Q.    And how old is she?

12        A.    She's eight years old.

13        Q.    How old?

14        A.    Eight years old.

15        Q.    You have, is it shared custody?

16        A.    Yes.

17        Q.    Anyone else at that address?

18        A.    No.

19        Q.    And you've lived there, you say, for

20    approximately 13 years?

21        A.    Yes.

22        Q.    Are you married?

23        A.    No.

24        Q.    Have you ever been married?

25        A.    No.

1    Q.    And you have one child; is that correct?

2    A.    Yes.

3    Q.    And we've identified her, J REDACTED, is that

4  -- am I right?

5    A.    Yes.

6    Q.    Mr. Hurston, tell me a little bit about

7  your educational background.

8    A.    I'm currently -- I have my degree in

9  computer programming.

10    Q.    Okay.  Well, let's go back.

11    A.    Okay.

12    Q.    Did you graduate from high school?

13    A.    Yes, I did.

14    Q.    What high school?

15    A.    Lakota East.

16    Q.    What year?

17    A.    In 1998.

18    Q.    You lived in Middletown, but you went to

19  Lakota East?

20    A.    Yes.

21    Q.    Okay.  How did that work?

22    A.    They had an open enrollment and I went

23  down and -- I played basketball, so the schools had

24  just split up and I stayed with a friend of the

25  family.

1  we'll get into it, how many times do you claim that

2  Officer Dunkel has stopped you within the city

3  limits of Springboro, Ohio?

4       A.   I'm not for sure.  Like I said, at least

5  once.  I'm not for sure.

6       Q.   Okay.  Well, here's the question, you sued

7  him, okay?  You sued Officer Dunkel, or named him as

8  a defendant in this lawsuit, and I'm asking you

9  today, how many times do you assert that Officer

10 Dunkel has stopped you and/or ticketed you?

11      A.   I'm not for sure.

12      Q.   So you don't know?

13      A.   No.

14      Q.   Was it more than once?

15      A.   I said I don't know.  That's my answer.

16      Q.   Can you estimate?  I mean, you have no

17 idea -- I mean, you've sued an officer because of

18 allegedly unconstitutional activity, and you don't

19 know whether he stopped you once, ten times, three

20 times, six times, you don't know?

21      A.   That would be correct.

22      Q.   That's correct?  How many citations has he

23 ever issued to you?

24      A.   If I couldn't tell you how many times he's

25 stopped --

1      Q.   Sir, I'm not arguing with you.

2      A.   I don't know.

3      Q.   You either know or you don't know.

4      A.   I don't know.

5      Q.   You don't know.  Have you ever had a

6   conversation with Officer Dunkel?

7      A.   Not that I recall.

8      Q.   I mean, when he stopped you, did you ever

9   have a conversation with him?

10      A.   Not that I recall.

11      Q.   Did you ever exchange words?

12      A.   Not that I recall.

13      Q.   Do you recall anything that he did that

14   was unprofessional?

15      A.   Not specifically.

16      Q.   Did he ever make any type of remark to you

17   that was offensive?

18      A.   Not that I recall.

19      Q.   Did he ever make a remark to you that was

20   somehow with racial overtones?

21      A.   Not that I recall.

22      Q.   Not that you recall.  Well, I take it from

23   all of this, if I were to ask you, since you can't

24   identify each time that Officer Dunkel stopped you,

25   you probably can't tell me how long you were

1  stopped; is that right?

2     A.   Right.

3     Q.   Any time that Officer Dunkel stopped you,

4  were you made to get out of the car, out of your

5  car?

6     A.   Not that I recall, because I can't

7  specifically speak of --

8     Q.   You can't --

9     A.   -- of Officer Dunkel.  I can't

10  specifically speak of Officer Dunkel.

11     Q.   Okay.  You understand --

12     A.   I'd have to review the videotapes to tell

13  you specifically.

14     Q.   Okay.  You understand that you've sued

15  Officer Dunkel, okay?  And you accused him of

16  certain things in your complaint; you understand

17  that?

18     A.   Okay.

19     Q.   Okay.  Do you understand that?

20     A.   Yes, I understand it, but I -- I don't

21  remember the complaint.

22     Q.   Did you review the complaint before it was

23  filed?

24     A.   I can't recall what the complaint

25  specifically --

1     Q.  Do you know what a complaint is?

2     A.  Yes, I do.

3     Q.  Okay.

4     A.  I know what a complaint is, but I --

5     Q.  Did you read the complaint in this case

6 before it was filed?

7     A.  I'm not specifically aware of exactly --

8     Q.  Let's do this.

9     A.  -- the complaint.

10    Q.  Let's do this.  Here's a copy of the

11 complaint.  Why don't you take a minute or two, and

12 why don't you look at that.

13       MR. KOLENICH:  Look how well I write.  Do

14    you want him to pay any particular attention

15    to --

16       MR. WEISENFELDER:  No, I just want him to

17    read the complaint.

18       MR. KOLENICH:     Dunkel's name is a

19    defendant on the complaint, that's who he's

20    talking about.

21    A.  Okay.

22       (WITNESS REVIEWS DOCUMENT)

23       MR. KOLENICH:  Go ahead and read through

24    this section.  It's your request that he read

25    the entire complaint at this time?

1     A.    -- certain allegations, right, but I can't

2  be specific to which ones are his without reviewing

3  the videotapes, because there's so many occurrences.

4     Q.    Okay.  I'm asking you what you know today

5  as you sit here, okay?  There's one officer that

6  you've identified in the complaint --

7     A.    Uh-huh.

8     Q.    -- and that's Officer Dunkel, do you

9  concur?

10    A.    Right.  And I can't tell you specifically

11 Officer Dunkel and what he done.  I cannot answer

12 any specific question about Officer Dunkel

13 specifically without viewing the tape.

14    Q.    No, I'm going to ask you and we're going

15 to go through them.

16    A.    Okay.

17    Q.    So, if I understand what you're telling me

18 correctly, you can't tell me how many times you've

19 been stopped by Officer Dunkel; is that right?

20    A.    Correct.

21    Q.    You can't tell me whether Officer Dunkel

22 issued a citation to you at any time; is that right?

23    A.    I can tell you with review of the tapes,

24 but I can't tell you --

25    Q.    No, no --

1    A.    -- specifically --

2    Q.    No, no.

3    A.    You're talking about here in --

4    Q.    You're here for a deposition today --

5    A.    Okay.

6    Q.    -- okay, and I'm here asking you what you

7    know in terms of the allegations that have been

8    asserted in the complaint.  I don't want to know

9    what you can review, I want to know what you know

10   today, okay?

11   A.    Okay.  About Officer Dunkel?

12   Q.    Well, that's where we're starting right

13   now, okay?

14   A.    Okay.

15   Q.    So you can't tell me how many times he

16   stopped you?

17   A.    No.

18   Q.    You can't tell me how many times he issued

19   a citation?

20   A.    No.

21   Q.    You can't tell me why he issued you a

22   citation?

23   A.    No.

24   Q.    You can't tell me how long you were

25   stopped?

1    A.    No.

2    Q.    Were you ever taken to the police station?

3    A.    No.

4    Q.    Were you ever handcuffed?

5    A.    No.

6    Q.    Were you ever told that you were under

7  arrest?

8    A.    No.

9    Q.    And you can't tell me why Officer Dunkel

10  stopped you?

11    A.    No.

12    Q.    Paragraph Seven of your complaint, the

13  complaint that you've just read, you've alleged that

14  the beginning of September of 2005 and to the

15  present, apparently from the time when the complaint

16  was filed, Defendant Police Officer stopped

17  Plaintiff, you, for fictional traffic violations on

18  more than a dozen occasions.  As you sit here today,

19  can you tell me the dates on which you were stopped?

20    A.    No.

21    Q.    Can you identify the occasions on which

22  you were stopped?

23    A.    What do you mean, the reasons why --

24    Q.    Correct.

25    A.    -- on each of the occasions?

1    Q.   Correct.

2    A.   Yes.  The reasons why I was stopped was

3  because -- I know I was stopped once because I was

4  alleged to go left of center.  That was contradicted

5  by the video and thrown out of court.

6    Q.   And who was that officer, do you know?

7    A.   I don't know.  I have been -- been alleged

8  probably two or three times.  Left of center seems

9  to be a big thing with them.  Left of center, at

10  least I'd say four or five of those stops has been

11  contributed to driving left of center.

12    Q.   Okay.  And you can't -- go ahead.

13    A.   Let me see, license plate lights being out

14  that were shining bright.

15    Q.   Was that Officer Dunkel?

16    A.   I can't tell you for sure.

17    Q.   And what happened on that claim?

18    A.   It was dismissed.  Let me see, been pulled

19  over for speeding before.

20    Q.   You were convicted of a speeding charge in

21  Springboro, weren't you?

22    A.   Yes.

23    Q.   And who cited you for speeding, do you

24  know?

25    A.   Anderkin.

1    A.    Yes.

2    Q.    Okay.  Any other stops that you recall?

3    A.    All of them was -- no, that sums it up,

4  left of center.  I was pulled over multiple times

5  for the same -- left of center, that is the same

6  thing.  Speeding, that was a new one.

7    Q.    Well, you were convicted of that?

8    A.    But I don't -- don't even understand that

9  conviction, either.  I fought it.  I did fight it.

10   Q.    Yeah, and you were convicted, right?

11   A.    Yes.

12   Q.    And these began, you say, in 2005?

13   A.    Yes.

14   Q.    Do you know why they started in 2005, was

15 that when you started traveling through Springboro;

16 is that right?

17   A.    Right.

18   Q.    Okay.  Where did these -- give me the

19 locations of these stops.

20   A.    Right there on that 741.  Springboro,

21 that's 73, that's a very small strip, along that

22 strip of 73 right when it goes from Franklin --

23 right when it turns from Franklin to Springboro,

24 that strip along there.

25   Q.    So they all occurred on 73?

1      A.   73 or turning onto 741.  Springboro --

2  Springboro jurisdiction doesn't go very far --

3      Q.   I just wanted to know where.

4      A.   Uh-huh.

5      Q.   And did they occur at a particular time of

6  day?

7      A.   All different times of day.  Sometimes

8  early morning, sometimes late night, sometimes just

9  -- it was frequently, different times.

10      Q.   How many different cars have you been

11  stopped in?

12      A.   Let me see, probably, I think, three

13  different cars.

14      Q.   Three different cars?

15      A.   Yeah.

16      Q.   Okay.  Give me the description of these

17  cars.  What kind were they and color?

18      A.   Black BMW.

19      Q.   Was that yours?

20      A.   Yes.

21      Q.   That's yours?

22      A.   Yes.

23      Q.   What year?

24      A.   1993.

25      Q.   1993?

1     A.   Yeah.

2     Q.   Black BMW?

3     A.   Uh-huh.

4     Q.   And how many times were you stopped in the

5 black BMW?

6     A.   I can't recall exactly how many times.

7     Q.   More than once?

8     A.   I can't recall.

9     Q.   So, I mean, in terms of not even being

10 able to give me a specific number, you can't

11 estimate the number of times?

12     A.   No.

13     Q.   You can't say whether it was more than

14 once?

15     A.   I don't know.

16     Q.   Okay.  You don't know?

17     A.   No.

18     Q.   Okay. What's the other type of car?

19     A.   Lincoln, a Lincoln Town Car.

20     Q.   And whose was that?

21     A.   My father's.

22     Q.   Your father's car?

23     A.   Yes.

24     Q.   Now, where does your father live?

25     A.   In Middletown.

1     Q.    I mean, does he live with you?

2     A.    No.

3     Q.    Okay.  And what color was the Lincoln Town

4  Car?

5     A.    It was a white Lincoln Town Car.

6     Q.    And how many times were you stopped in

7  that car?

8     A.    I don't know.

9     Q.    More than once?

10    A.    Don't know.

11    Q.    And what was the other car?

12    A.    I believe an Oldsmobile, I don't know what

13  year the Oldsmobile was.

14    Q.    What year was the Town Car?

15    A.    I think it was a 1988, somewhere around in

16  there.  It's an older car.

17    Q.    And an Oldsmobile.

18    A.    Oldsmobile.

19    Q.    What kind of Oldsmobile?

20    A.    I don't know.

21    Q.    You don't know the make?

22    A.    No.

23    Q.    Or the model?

24    A.    No.

25    Q.    How many times were you stopped in the

1   Oldsmobile?

2       A.   Don't know.

3       Q.   More than once?

4       A.   Don't know.

5       Q.   Any other cars that you drove, that you've

6   driven through Springboro in which you claim you

7   were stopped?

8       A.   Right now that's all I can remember.

9       Q.   Let's back up.  I take it all these cars

10  have different license plates?

11      A.   I mean, we're talking different cars.

12      Q.   Yeah, you weren't switching license

13  plates?

14      A.   Right, no.

15      Q.   From one car to the next?

16      A.   No.

17      Q.   So each car would have had a different

18  license plate, correct?

19      A.   Correct, correct.

20      Q.   Is that right?

21      A.   Correct.

22      Q.   Now, earlier you told me you couldn't

23  recall any conversations with Officer Dunkel, or in

24  essence you can't recall any contact with Officer

25  Dunkel.  I'm referring now to any of the other

1   officers or anyone that may have stopped you.  Do

2   you recall any conversations with any of these other

3   officers?

4        A.   Yes.

5        Q.   And what do you recall?

6        A.   I know I've -- I know the situation with

7   Anderkin when I was actually pulled over.  I recall

8   him being -- being rather rude.

9        Q.   Rude?

10       A.   Yeah.  He was being very rude.

11       Q.   Just so I'm clear, Officer Anderkin is the

12  one that issued the citation for speeding that you

13  were later convicted of?

14       A.   Yes.

15       Q.   Okay.  So, Officer Anderkin, how was he

16  rude?

17       A.   When he first pulled me up to -- came up

18  to the car, I had no clue what I was being pulled

19  over for because, see, I had a party of people -- we

20  traveled in a group that time when he pulled me over

21  because it was early in the morning, we was actually

22  on our way to church.  So we were making jokes about

23  whether or not I could make it through Springboro

24  without getting pulled over, and wow, I got pulled

25  over.  And --

1    malicious.

2         Q.    No, what I was telling you is that when

3    you've been cited and cited into court and you are

4    convicted there is no malicious prosecution claim,

5    okay?

6              MR. KOLENICH:      Could we go off the

7         record one second?

8              MR. WEISENFELDER:  Okay.

9                  (OFF THE RECORD DISCUSSION)

10   BY MR. WEISENFELDER:

11        Q.    Okay.

12        A.    I actually lost my freedom as a person

13   then, my Constitutional rights.

14        Q.    How was your freedom lost?

15        A.    Because I had to go to court and I should

16   have never been there in the first place.

17        Q.    What other damages?

18        A.    That's all I can think of at this time.

19        Q.    Under the third claim you allege that the

20   City of Springboro knowingly, recklessly and with

21   deliberate indifference and callous disregard of

22   your rights failed to instruct, supervise, control

23   and discipline or otherwise failed to train the

24   defendant officers in their duties.  What evidence

25   do you have that the city failed to train their

1  officers?

2     A.   They gave me improper citations.

3     Q.   Can you say that's as a result of the

4  city's failure to train its officers?

5     A.   Yeah.

6     Q.   What facts do you have that the city

7  failed to train its officers?

8     A.   I was found not guilty of the citations.

9     Q.   Okay.  So, that means that the city failed

10 to train its officers?

11    A.   If it happens on more than one occasion.

12    Q.   Okay.  Do you know anything about the

13 training that the city provides its officers?

14    A.   No.

15    Q.   Okay.  So, you don't know what kind of

16 training that officers received by the City of

17 Springboro?

18    A.   No.

19    Q.   Okay.  So, if you don't know what

20 training, you're not really in a position to say

21 that that training was deficient?

22    A.   I disagree with that.

23    Q.   Well, you tell me what -- tell me what was

24 deficient about their training then.

25    A.   Because I figure you have to be trained in

1   order to enforce the law, right?  So you had to be

2   trained to enforce the law, so when you give a

3   citation that's improper, somewhere along the line

4   your training was messed up or you just did it

5   intentionally.

6       Q.   So --

7       A.   Just like --

8       Q.   But in terms of identifying a specific

9   aspect or any portion of the city's training of its

10  officers, you can't identify that, can you?

11      A.   I would have to have a training course,

12  and it would have to tell me specifically this is

13  what it is, so, no, I can't.

14      Q.   You can't?

15      A.   No.

16      Q.   Your only basis for claiming that the

17  training was -- or the city failed to properly train

18  its officers was the fact that you were issued a

19  citation and ultimately the citation was thrown out

20  of court; is that right?

21      A.   Yeah.

22      Q.   Okay.  Well, what else?

23      A.   I would need time to really think about

24  it.  I don't -- I would have to have time to

25  research.

1    Q.   Well, no.  I want to -- we're here today

2  to take your deposition, because you're the one that

3  filed the complaint.

4    A.   Yeah.

5    Q.   I want to know what you can tell me.

6         MR. KOLENICH:  This has been asked and

7         answered.  He said because it happened more

8         than once, it happened frequently, he assumes

9         there's a defect in the training.

10   Q.   So, the fact that you were issued multiple

11 citations and multiple citations were tossed out of

12 court, you're claiming that the city failed to train

13 its officers; is that the connection?

14   A.   Yes.

15   Q.   Okay.  Other than that, do you have any

16 other basis to claim that the city failed to train

17 its officers?

18   A.   No.

19   Q.   You don't?

20   A.   No.

21   Q.   Okay.  You also allege that the city

22 either directly or indirectly ratified the conduct

23 of its officers.  What do you mean by that?

24         MR. KOLENICH:     Objection.  It's legal

25         language, technical legal language, and the