UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MIRACLE HURSTON, | : | CASE NO. 1:07-cv-00449 |
| Plaintiff, | : | JUDGE BARRETT |
| -vs- | : | |
| THE CITY OF SPRINGBORO, OH, et al., | : | |
| Defendants. | : | |

## AFFIDAVIT OF LT. JONATHAN WHEELER

STATE OF OHIO     )
                  ) SS:
COUNTY OF WARREN  )

Comes now Lt. Jonathan Wheeler, after being first duly sworn, and deposes and states as follows:

1. I, Jonathan Wheeler, am a lieutenant for the Springboro, Ohio Police Department and have been an officer with the Springboro Police Department for approximately 14 years;

2. I have personal knowledge of the requirements to become a police officer for the City of Springboro, Ohio and the training the officers receive;

3. Prospective officers must successfully complete a physical fitness test, written tests and an oral examination;

4. A background check is performed on each prospective officer;

5. Each prospective officer is required to take a polygraph test and to submit to psychological testing;

6. Each prospective officer must undergo a comprehensive medical examination;

7. Each prospective officer must either have completed or be in the process of completing police academy training at an accredited institution;

8. If the prospective officer is hired by the City of Springboro, the officer undergoes twelve weeks of additional training and is assigned to a Field Training Officer;

9. Each officer is required to learn the City of Springboro Police Department's policies and procedures and techniques;

10. A portion of the training is devoted to procedures concerning traffic stops, probable cause/reasonable suspicion for stops, the issuance of citations, etc.;

11. Officer Dunkel successfully completed this program in 2001;

12. Attached hereto are true and accurate portions of Officer Dunkel's personnel file maintained in the ordinary course of business by the Springboro Police Department:

    A. Sinclair Community College Law Enforcement Training Academy Certificate;

    B. Three internal memoranda tracking Officer Dunkel's progress through the Field Training Program;

    C. A checklist of items successfully completed by Officer Dunkel during his Recruit Officer Training by the Springboro Police Department.

Further Affiant sayeth naught.

*signature*
Lt. Jonathan Wheeler

Sworn to and subscribed before me, a notary public, by Lt. Jonathan Wheeler on this the 14th day of May, 2008.

*signature*
Notary Public

LOIS BOYTIM, Notary Public
In and for the State of Ohio
My Commission Expires October 2, 2011

# Sinclair Community College
## Law Enforcement Training Academy

this is to certify that

# Terry A. Dunkel

has successfully completed 604 hours in

## Ohio Peace Officer Training Commission
## Basic Police Training

As evidence of this attainment, Sinclair Community College hereby awards this certificate of achievement on this 23rd day of June, 2000



_Coordinator of Training_

_Academy Commander_

**City of Springboro**

320 W. Central Ave.
Springboro, Ohio 45066
(513) 748-0611

Phone: 513-748-0611
Fax: 513-748-3214

To: Lieutenant James Barton

From: Sergeant Kevin Hughes - FTO Supervisor

Date: 6-3-01

Subject: Release of Terry Dunkel from FTO Program

On 3-12-01, Officer Dunkel began our field training program and since that time has accumulated 49 evaluations. In addition to these evaluations Officer Dunkel underwent 64 hours of specialized training; 40 hours in a basic accident investigation class, and 24 more hours for the active shooter response school. During these 49 evaluations Officer Dunkel was evaluated on his performance in a number of areas. The evaluation procedures used for measuring Officer Dunkel's level of competence was multi-faced in that it utilized input from a variety of verbal and written sources. Officer Dunkel came to this Department as an experienced lateral entry officer and has demonstrated proficiency in the knowledge, skills, and attributes needed to perform solo patrol functions. Officer Dunkel has excelled in his training from the beginning which was demonstrated by his early release to the evaluation phase where he was functioning in a solo capacity. Officer Dunkel throughout the evaluation phase has exhibited the necessary qualities needed to succeed as a viable, solo beat officer.

While normal protocol calls for 55 evaluations, sufficient flexibility has been designed into the program so the individual needs of the trainee and the Department can both be met. Due to our pending schedule crisis and the accelerated level of performance demonstrated by this officer, I recommend Officer Dunkel be immediately released from the FTO program.

Respectfully,

Sergeant Kevin Hughes



**Springboro Police**

# CITY OF SPRINGBORO

Police Department

320 West Central Avenue
Springboro, Ohio 45066
(513) 748-0611
FAX (513) 748-0815

## MEMORANDUM

**To:** Lt. Barton

**From:** Sgt. Hughes

**Date:** April 30, 2001

**Subject:** Officer Dunkel

On 4-28-01, Officer Marchiny and myself discussed the performance of Officer Dunkel. Based on our conversation it was evident that Officer Marchiny was impressed with Officer Dunkel's performance to date. Based on our conversation and my experience in training Officer Dunkel I made the recommendation to gradually let Officer Dunkel assume the responsibilities of solo patrol for half of the shift. During that time Officer Dunkel would be "shadowed" by Officer Marchiny to keep track of his performance. Officer Marchiny was instructed to stop this procedure if he felt Officer Dunkel was not performing in a satisfactory manner, and to gradually increase his solo patrol time if he felt Officer Dunkel was performing at a satisfactory level. Based on Officer Dunkel's accelerated level of achievement I strongly believe that Officer Dunkel is ready for this challenge. Officer Dunkel will be required to complete all 55 evaluations but it is expected that the remaining evaluations will judge his performance from an indirect setting following this transition.

Respectfully Submitted,

Sgt. Hughes

# SPRINGBORO POLICE DEPARTMENT

To:         Sgt. Hughes

From:       Officer Marchiny

Reference:  Officer Dunkel

Date:       05/01/01

On 04/28/01 we discussed Officer Dunkel's performance. During my training with Officer Dunkel, he has shown an excellent grasp of the patrol functions. I'm impressed with Officer Dunkel's performance at this stage of his training. I feel that the training would be more beneficial to Officer Dunkel if he would be permitted to gradually take on the responsibilities of solo patrol at this time. For the remainder of Officer Dunkel's training I would shadow him during his solo patrol time.

At your request I have allowed Officer Dunkel to patrol as a solo Officer for half of the third shift. As of 05/01/01 Officer Dunkel has logged sixteen hours solo patrol time. During this time Officer Dunkel has performed at a satisfactory level. It is my recommendation to allow Officer Dunkel to increase his solo patrol time. Officer Dunkel will be returning to third shift on 05/15/01, after he completes a training course. I believe this would be an excellent time to increase Officer Dunkel's solo patrol time.

If you have any questions or need any information regarding Officer Dunkel's training, please contact me.

Respectfully submitted,

Officer Robert C. Marchiny

## Springboro Division of Police
## Recruit Officer Training Outline

The following areas of instruction should be discussed with the recruit during their observation period with the FTO.

(FTO to check when all related training has been given)

**Week #1 – Recruit is observer only**

(✓) Departmental Organization

(✓) FTO Evaluation Process

(✓) Shift Scheduling

(✓) Patrol Procedures

(✓) Radio Procedures

(✓) Traffic Stops

(✓) Pursuit Policy

## Springboro Division of Police
## Recruit Officer Training Outline

The following areas of instruction should be discussed with the recruit during their observation period with the FTO.

(FTO to check when all related training has been given)

**Week #2 – Recruit actively involved**

(✓) Overview of Daily Log Sheets

(✓) Time Sheets

(✓) Communication with the Public

(✓) Personal Conduct

(✓) Radio Usage

(✓) Use of Force

(✓) Preparation for Patrol

(✓) Purpose and Types of Patrol

# Springboro Division of Police
# Recruit Officer Training Outline

The following areas of instruction should be discussed with the recruit during their observation period with the FTO.

(FTO to check when all related training has been given)

**Week #3**

(✓) Traffic Enforcement

(✓) Jurisdiction and Venue

(✓) Community Policing

(✓) Driving Tactics

( ) Emergency Driving Tactics

(✓) Report Writing

(✓) Disturbance Calls

(✓) Domestic Violence

# Springboro Division of Police
# Recruit Officer Training Outline

The following areas of instruction should be discussed with the recruit during their observation period with the FTO.

(FTO to check when all related training has been given)

**Week #4**

(✓) Special Problem Areas

(✓) Probable Cause

(✓) Terry Frisk

(✓) Detainment of Subjects

(✓) Arrest Procedures

(✓) Prisoner Transports

(✓) Prisoner Processing

(✓) Computer Systems

## Springboro Division of Police
## Recruit Officer Training Outline

The following areas of instruction should be discussed with the recruit during their observation period with the FTO.

(FTO to check when all related training has been given)

**Week #5**

(✓) Court Guidelines

(✓) Laws of Evidence

(✓) Property Procedures

(✓) Responding to Various Calls for Service

- Elderly or Missing Persons
- Fire Calls
- Prowler Calls
- Person with Gun
- Hold Up Alarm
- Animal Complaints

(✓) Intoxicated Subjects

(✓) Repossessions and Evictions

# Springboro Division of Police
# Recruit Officer Training Outline

The following areas of instruction should be discussed with the recruit during their observation period with the FTO.

(FTO to check when all related training has been given)

**Week #6**

(✓) Burglary in Progress

(✓) Investigations

(✓) Auto Thefts

(✓) Interviews

(✓) Crimes of Violence Handouts

# Springboro Division of Police
# Recruit Officer Training Outline

The following areas of instruction should be discussed with the recruit during their observation period with the FTO.

(FTO to check when all related training has been given)

**Week #7**

(✓) Robbery in Progress

(✓) Sexual Assault Cases

(✓) Search and Seizure

(✓) Vehicle Searches

(✓) Loss or Damage of City Property

# Springboro Division of Police
# Recruit Officer Training Outline

The following areas of instruction should be discussed with the recruit during their observation period with the FTO.

(FTO to check when all related training has been given)

**Week #8**

(✓) DUI Enforcement

(✓) Accident Investigation

(✓) Juvenile Operations

(✓) Mental Health Procedures

( ) Death Investigations