UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MIRACLE HURSTON, | : | CASE NO. 1:07-cv-00449 |
| Plaintiff, | : | JUDGE BARRETT |
| -vs- | : | |
| THE CITY OF SPRINGBORO, OH, et al., | : | |
| Defendants. | : | |

## AFFIDAVIT OF TERRY DUNKEL

STATE OF OHIO      )
                   ) SS:
COUNTY OF WARREN   )

Comes now Terry Dunkel, after being first duly sworn, and deposes and states as follows:

1. I, Terry Dunkel, have been employed as a police officer by the City of Springboro, Ohio since March 6, 2001;

2. I successfully completed the Sinclair College Police Academy in June 2000;

3. During my seven years as a police officer with the City of Springboro, I have attended numerous seminars and programs related to various topics concerning law enforcement;

4. I have also received additional training as a Springboro officer through the Springboro Police Department and this training has involved such things as Field Training Officer, Bicycle Patrol, ADAP Certified, Rapid Response to Critical Incidents, and State and Local Anti-Terrorism Training;

5. I stopped Miracle Hurston on August 27, 2005 at approximately 3:22 a.m. based upon my observation he was weaving between lanes;

6. I was westbound on Central Avenue and observed a black BMW traveling in the left lane heading in the same direction. I noticed the vehicle because it was traveling on the center divider line that separates the right and left lanes. The vehicle's right side tires remained on the line for approximately 60 - 80 feet. The car then drifted back to the left and continued westbound on Central Avenue. I continued to observe the vehicle's driving pattern and it drifted to the right coming close to the line and slowly drifting towards the left. The car again drifted to the right touching the line with the right side tires for approximately 30 - 50 feet. The car then drifted once again to the left. I noticed the car drift right coming close to the line and eventually touching it for approximately 30 feet;

7. I activated my emergency lights to stop the car though the vehicle did not immediately stop. I activated my siren to get the attention of the driver. The driver did stop on Central Avenue;

8. The driver of the car was later identified as Miracle Houston who was driving a 1993 black BMW with license tag DF4-6486, Ohio;

9. I cited Mr. Hurston for a violation of Springboro Ordinance 432.08 (a true and accurate copy attached) for failure to drive within lanes or continuous lines and explained to him he needed to appear in Mayor's Court on September 7, 2005;

10. Mr. Hurston was never asked to leave his vehicle, was never handcuffed and I estimate Mr. Hurston's vehicle was stopped for approximately 7 to 8 minutes;

11. I learned the citation issued to Mr. Hurston was later dismissed though I was never contacted concerning my observations which led me to conclude I had probable cause to stop Mr. Hurston's vehicle and to issue him a citation;

12. I had no role in deciding whether to prosecute Mr. Hurston or dismiss the citation;

13. A true and accurate copy of the citation I issued to Mr. Hurston on August 27, 2005 is attached bearing number 42460 and my signature;

14. Based upon my training and experience, it is not uncommon when cars are observed weaving between lanes at this hour of the day the driver may be under the influence of alcohol or drugs;

15. On or about January 12, 2007, I was traveling westbound on Central Avenue in Springboro, Ohio when I observed a vehicle heading eastbound. When the vehicle passed, I observed in my rear-view mirror the vehicle did not have a functional plate light. I turned around and followed the vehicle and noticed it was traveling in the left lane and would drift halfway into the right lane. I continued to observe the vehicle and it slowly went back into the left lane at which point I activated my emergency lights to stop the car;

16. I stopped the vehicle which was a 1988 Oldsmobile 4-door grey sedan and had an Ohio license tag EN80GV;

17. There was a person in the front passenger seat whom I observed as I approached the car;

18. I advised the driver, who later became known to me as Miracle Hurston, why I had stopped his car. I told him he did not have a functional plate light and he was traveling in the left lane and drifting into the right lane;

19. I detected the smell of alcohol in the vehicle and asked who had been drinking. Mr. Hurston pointed to his passenger, Curtis Wright;

20. After I obtained Mr. Hurston's driver's license I performed a license check through LEADS. It was later learned Mr. Hurston's passenger, Curtis Wright, had an outstanding warrant from the Franklin Police Department;

21. I issued a citation to Mr. Hurston for violation of Springboro Ordinance 432.08, Not Driving in Marked Lanes, and Springboro Ordinance 438.04 (a true and accurate copy attached), Non-Functioning License Plate Light;

22. A true and accurate copy of the citation bearing number 45851 and my signature is attached hereto;

23. Mr. Hurston's passenger was arrested on the outstanding warrant and Mr. Hurston was permitted to leave;

24. This stop occurred at approximately 2:50 a.m.;

25. Mr. Hurston was not placed under arrest, handcuffed nor transported to the Police Department;

26. I estimate Mr. Hurston's vehicle was stopped for approximately 20 minutes, which was due in part to his passenger, Curtis Wright, for whom there was an outstanding warrant;

27. Based upon my observations of the non-functioning license plate light as well as the drifting between lanes, I had probable cause to stop Mr. Hurston's vehicle and to issue him a citation;

28. I later learned the citation I issued to Mr. Hurston was dismissed;

29. I was never contacted by the Prosecutor to discuss what I had observed prior to issuing the citation nor was I contacted about whether the prosecution should continue.

Further Affiant sayeth naught.

_____
Terry Dunkel

Sworn to and subscribed before me, a notary public, by Terry Dunkel on this the 14th day of May, 2008.

_____
Notary Public

LINDA M. HARRISON, Notary Public
in and for the State of Ohio
My Commission Expires March 3, 2009

# Codified Ordinances of Springboro, Ohio

Complete to May 3, 2007

(c) Except as otherwise provided in this subsection, whoever violates this section is guilty of a minor misdemeanor. If, within one year of the offense, the offender previously has been convicted of or pleaded guilty to one predicate motor vehicle or traffic offense, whoever violates this section is guilty of a misdemeanor of the fourth degree. If, within one year of the offense, the offender previously has been convicted of two or more predicate motor vehicle or traffic offenses, whoever violates this section is guilty of a misdemeanor of the third degree. (ORC 4511.30)

**432.07 HAZARDOUS OR NO PASSING ZONES.**

(a) Hazardous zones, commonly called "no passing zones," shall consist of an auxiliary yellow line marked on the roadway pavement and placed parallel to the normal center line or marked lane line. When the auxiliary yellow line appears on the left side in the driver's lane of travel and to the right of the normal center line or marked lane line, no driver shall drive across the auxiliary yellow line to overtake and pass another vehicle proceeding in the same direction. When auxiliary yellow lines appear on both sides of the normal center line or marked lane line, drivers proceeding in either direction shall not drive across such auxiliary yellow lines to overtake and pass another vehicle proceeding in the same direction. No driver shall, at any other time, drive across the yellow auxiliary line when it appears in the driver's lane of travel, except to make a lawfully permitted left-hand turn under the rules governing such movement. No passing signs may also be erected facing traffic to indicate the beginning and end of each no passing zone.

When appropriate signs or markings indicating hazardous or no passing zones are in place and clearly visible, every operator of a vehicle shall obey the directions of the signs or markings, notwithstanding the distance set out in Section 432.06.

(b) Subsection (a) of this section does not apply when all of the following apply:

(1) The slower vehicle is proceeding at less than half the speed of the speed limit applicable to that location.

(2) The faster vehicle is capable of overtaking and passing the slower vehicle without exceeding the speed limit.

(3) There is sufficient clear sight distance to the left of the center or center line of the roadway to meet the overtaking and passing provisions of Section 432.05, considering the speed of the slower vehicle.

(c) Except as otherwise provided in this subsection, whoever violates this section is guilty of a minor misdemeanor. If, within one year of the offense, the offender previously has been convicted of or pleaded guilty to one predicate motor vehicle or traffic offense, whoever violates this section is guilty of a misdemeanor of the fourth degree. If, within one year of the offense, the offender previously has been convicted of two or more predicate motor vehicle or traffic offenses, whoever violates this section is guilty of a misdemeanor of the third degree. (ORC 4511.31)

**432.08 DRIVING WITHIN LANES OR CONTINUOUS LINES OF TRAFFIC.**

(a) Whenever any roadway has been divided into two or more clearly marked lanes for traffic or wherever traffic is lawfully moving in two or more substantially continuous lines in the same direction, the following rules apply:

(1) A vehicle shall be driven, as nearly as is practicable, entirely within a single lane or line of traffic and shall not be moved from such lane or line until the driver has first ascertained that such movement can be made with safety.

    (2)    Upon a roadway which is divided into three lanes and provides for two-way movement of traffic, a vehicle shall not be driven in the center lane except when overtaking and passing another vehicle where the roadway is clearly visible and such center lane is clear of traffic within a safe distance, or when preparing for a left turn, or where such center lane is at the time allocated exclusively to traffic moving in the direction the vehicle is proceeding and is posted with signs to give notice of such allocation.

    (3)    Official signs may be erected directing specified traffic to use a designated lane or designating those lanes to be used by traffic moving in a particular direction regardless of the center of the roadway, or restricting the use of a particular lane to only buses during certain hours or during all hours, and drivers of vehicles shall obey the directions of such signs.

    (4)    Official traffic control devices may be installed prohibiting the changing of lanes on sections of roadway and drivers of vehicles shall obey the directions of every such device.

(b) Except as otherwise provided in this subsection, whoever violates this section is guilty of a minor misdemeanor. If, within one year of the offense, the offender previously has been convicted of or pleaded guilty to one predicate motor vehicle or traffic offense, whoever violates this section is guilty of a misdemeanor of the fourth degree. If, within one year of the offense, the offender previously has been convicted of two or more predicate motor vehicle or traffic offenses, whoever violates this section is guilty of a misdemeanor of the third degree. (ORC 4511.33)

### 432.09 FOLLOWING TOO CLOSELY.

(a) The operator of a motor vehicle shall not follow another vehicle more closely than is reasonable and prudent, having due regard for the speed of such vehicle and the traffic upon and the condition of the highway.

The driver of any truck, or motor vehicle drawing another vehicle, when traveling upon a roadway outside a business or residence district shall maintain a sufficient space, whenever conditions permit, between such vehicle and another vehicle ahead so an overtaking motor vehicle may enter and occupy such space without danger. This paragraph does not prevent overtaking and passing nor does it apply to any lane specially designated for use by trucks.

Motor vehicles being driven upon any roadway outside of a business or residence district in a caravan or motorcade, shall maintain a sufficient space between such vehicles so an overtaking vehicle may enter and occupy such space without danger. This paragraph shall not apply to funeral processions.

(b) Except as otherwise provided in this subsection, whoever violates this section is guilty of a minor misdemeanor. If, within one year of the offense, the offender previously has been convicted of or pleaded guilty to one predicate motor vehicle or traffic offense, whoever violates this section is guilty of a misdemeanor of the fourth degree. If, within one year of the offense, the offender previously has been convicted of two or more predicate motor vehicle or traffic offenses, whoever violates this section is guilty of a misdemeanor of the third degree. (ORC 4511.34)

### 432.10 TURNING AT INTERSECTIONS.

(a) The driver of a vehicle intending to turn at an intersection shall be governed by the following rules:

    (1)    Approach for a right turn and a right turn shall be made as close as practicable to the right-hand curb or edge of the roadway.



### 438.03 HEADLIGHTS ON MOTOR VEHICLES AND MOTORCYCLES.

(a) Every motor vehicle, other than a motorcycle, shall be equipped with at least two headlights with at least one near each side of the front of the motor vehicle.

(b) Every motorcycle shall be equipped with at least one and not more than two headlights.

(c) Whoever violates this section is guilty of a minor misdemeanor on a first offense; on a second offense within one year after the first offense, the person is guilty of a misdemeanor of the fourth degree; on each subsequent offense within one year after the first offense, the person is guilty of a misdemeanor of the third degree.
(ORC 4513.04)

### 438.04 TAIL LIGHT; ILLUMINATION OF REAR LICENSE PLATE.

(a) Every motor vehicle, trailer, semitrailer, pole trailer or vehicle which is being drawn at the end of a train of vehicles shall be equipped with at least one tail light mounted on the rear which, when lighted, shall emit a red light visible from a distance of 500 feet to the rear, provided that in the case of a train of vehicles only the tail light on the rear-most vehicle need be visible from the distance specified.

(b) Either a tail light or a separate light shall be so constructed and placed as to illuminate with a white light the rear registration plate, when such registration plate is required, and render it legible from a distance of fifty feet to the rear. Any tail light, together with any separate light for illuminating the rear registration plate, shall be so wired as to be lighted whenever the headlights or auxiliary driving lights are lighted, except where separate lighting systems are provided for trailers for the purpose of illuminating such registration plate.

(c) Whoever violates this section is guilty of a minor misdemeanor on a first offense; on a second offense within one year after the first offense, the person is guilty of a misdemeanor of the fourth degree; on each subsequent offense within one year after the first offense, the person is guilty of a misdemeanor of the third degree.
(ORC 4513.05)

### 438.05 REAR RED REFLECTORS.

(a) Every new motor vehicle sold after September 6, 1941, and operated on a street, other than vehicles of the type mentioned in Section 438.06 or a commercial tractor to which a trailer or semitrailer is attached, shall carry at the rear, either as a part of the tail lights or separately, two red reflectors of such size and characteristics and so maintained as to be visible at night from all distances within 300 feet to fifty feet from such vehicle.

(b) Whoever violates this section is guilty of a minor misdemeanor on a first offense; on a second offense within one year after the first offense, the person is guilty of a misdemeanor of the fourth degree; on each subsequent offense within one year after the first offense, the person is guilty of a misdemeanor of the third degree.
(ORC 4513.06)

☑ Mayor's ☐ Juvenile ☐ Montgomery
☐ County ☐ MsBg Muni ☑ Warren
COURT _____ COUNTY, OHIO

STATE OF OHIO Springboro    TICKET № 42460
☒ City ☐ Village ☐ Township
CASE NO. 05TRD01196

NAME Miracle F. Hurston
STREET 1917 Grand Ave
CITY, STATE Middletown, OH    ZIP 45044
LICENSE ISSUED MO. 8 YR 05 EXPIRES BIRTHDATE YR. 09 STATE OH
SSN 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  D.O.B. MO. 2 DAY 22 YR 80
RACE B  SEX M  HEIGHT 5'11  WEIGHT 160  HAIR Blk  EYES Bro
FINANCIAL RESPONSIBILITY PROOF SHOWN ☑ Yes ☐ No
LICENSE NO. RM406028
Lic. Class D   DOT #_____   ☐ Does Not Apply

**TO DEFENDANT: COMPLAINT**
ON 8-27- YR 05 AT 03:22 A.M. YOU/OPERATED/PARKED/WALKED/A
☑ Pass. ☐ Comm. ☐ Cycle ☐ Over 26001 ☐ Bus ☐ Haz. Mat.
VEHICLE YR. 1993  MAKE BMW  BODY TYPE 4D
COLOR Black  LIC. DFY-6486  STATE OH
UPON A PUBLIC HIGHWAY, NAMELY Central Ave
AT/BETWEEN Edgebrook Dr _____ (M.P._____)
IN THE City OF Springboro IN Warren/Mont.
COUNTY (NO. 83/57), STATE OF OHIO AND COMMITTED THE FOLLOWING OFFENSE(S).

| | |
|---|---|
| SPEED: ___ MPH in ___ MPH zone ☐ Over limits ☐ Unsafe for cond. ☐ ACDA ☐ Radar ☐ Air ☐ VASCAR ☐ Pace ☐ Laser ☐ Stationary ☐ Moving | ☐ ORC ☐ ORD ☐ T.P. |
| OMVI: ☐ Under the influence of alcohol/drug of abuse ☐ Prohibited blood alcohol concentration ___ BAC ☐ Blood ☐ Breath ☐ Urine ☐ Refused | ☐ ORC ☐ ORD ☐ T.P. |
| DRIVER LICENSE: ☐ None ☐ Revoked ☐ Suspended ☐ Not on person Expired: ☐ 6 mos. or less ☐ Over 6 mos. Suspension Type ___ | ☐ ORC ☐ ORD ☐ T.P. |
| SAFETY BELT – Failure to wear ☐ Driver ☐ Passenger ☐ Child Restraint | ☐ ORC ☐ ORD ☐ T.P. |
| ☑ OTHER OFFENSE Driving within lanes or continuous lines | ☐ ORC ☑ ORD ☐ T.P. 432.09 |
| OTHER OFFENSE ___ | ☐ ORC ☐ ORD ☐ T.P. |

☐ DRIVER LICENSE HELD ☐ VEHICLE SEIZED ☐ ARREST CODE
PAVEMENT: ☑ Dry ☐ Wet ☐ Snow ☐ Icy # of Lanes 4 ☐ Const. Zone
VISIBILITY: ☐ Clear ☐ Cloudy ☐ Dusk ☑ Night
WEATHER: ☐ Rain ☐ Snow ☐ Fog ☑ No Adverse
TRAFFIC: ☐ Heavy ☐ Moderate ☑ Light ☐ None
AREA: ☑ Business ☐ Rural ☐ Residential ☐ Industry ☐ School
CRASH: ☐ Yes ☑ No ☐ Almost Caused ☐ Injury ☐ Non-Injury ☐ Fatal
☐ Crash Report Number: ___
☐ REMARKS

ACCOMPANYING CRIMINAL CHARGE ☐ Yes ☑ No  TOTAL # OFFENSES 1

**TO DEFENDANT: SUMMONS ☐ PERSONAL APPEARANCE REQUIRED**
You are summoned and ordered to appear at Mayor's Court
320 W. Central Ave Springboro, OH
at 9:00 A.M., 9-7- YR. 05. If you fail to appear at this time and place you may be arrested or your license may be cancelled.
This summons served personally on the defendant on 8-27- YR. 05
The issuing-charging law enforcement officer states under the penalties of perjury and falsification that he/she has read the above complaint and that it is true.

Issuing-Charging Law Enforcement Officer
Court Code 13  Unit ___  Post ___  Dist. ___

CO. RES. Butler
PHONE (513) 425-0108

NOTE: ISSUING OFFICER BE SURE TO VERIFY ADDRESS.
IF DIFFERENT FROM LICENSE ADDRESS WRITE PRESENT ADDRESS IN SPACE PROVIDED.
OHP0060 10-006000 (REVISION 9-1-96) **COURT RECORD** OSHP HP7 [B6305]

☑ Mayor's ☐ Juvenile ☐ Montgomery
☐ County ☐ MsBg Muni ☑ Warren
_____ COURT _____ COUNTY, OHIO
STATE OF OHIO **Springboro**
☒ City ☐ Village ☐ Township  TICKET № **45851**
CASE NO. **07TRD00122**

NAME: Miracle F Huston
STREET: 1812 Grand Ave
CITY, STATE: Middletown, OH  ZIP: 45044
LICENSE ISSUED MO. 3 YR. 05 EXPIRES BIRTHDATE YR. 09 STATE: OH
SSN: 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  D.O.B.: MO. 2 DAY 22 YR. 80

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|
| B | M | 5'11 | 160 | Blk | Bro |

FINANCIAL RESPONSIBILITY PROOF SHOWN: ☐ Yes ☑ No
LICENSE NO. RM406028
Lic. Class: D  DOT #: ____  ☑ Does Not Apply

**TO DEFENDANT: COMPLAINT**
ON 1-12- YR. 07 AT 0259 A.M. YOU OPERATED/PARKED/WALKED/A
☑ Pass. ☐ Comm. ☐ Cycle ☐ Over 26001 ☐ Bus ☐ Haz. Mat.
VEHICLE YR. 1988 MAKE OLDS BODY TYPE 4D
COLOR Gry LIC. EU80GU STATE OH
UPON A PUBLIC HIGHWAY, NAMELY 800 Block
AT/BETWEEN W. Central Ave (M.P. ___)
IN THE City OF Springboro IN Warren/Mont.
COUNTY (NO. 83/57), STATE OF OHIO AND COMMITTED THE FOLLOWING OFFENSE(S).

| OFFENSE | Code |
|---|---|
| SPEED: ___ MPH in ___ MPH zone | ☐ ORC ☐ ORD ☐ T.P. |
| OMVI | ☐ ORC ☐ ORD ☐ T.P. |
| DRIVER LICENSE | ☐ ORC ☐ ORD ☐ T.P. |
| SAFETY BELT – Failure to wear | ☐ ORC ☐ ORD ☐ T.P. |
| ☑ OTHER OFFENSE Marked lanes | ☐ ORC ☑ ORD ☐ T.P. 432.08(c) |
| ☑ OTHER OFFENSE License Plate light | ☐ ORC ☑ ORD ☐ T.P. 438.04 |

☐ DRIVER LICENSE HELD ☐ VEHICLE SEIZED ☐ ARREST CODE ___
PAVEMENT: ☐ Dry ☑ Wet ☐ Snow ☐ Icy # of Lanes 4 ☐ Const. Zone
VISIBILITY: ☐ Clear ☐ Cloudy ☐ Dusk ☑ Night
WEATHER: ☐ Rain ☐ Snow ☐ Fog ☑ No Adverse
TRAFFIC: ☐ Heavy ☐ Moderate ☑ Light ☐ None
AREA: ☑ Business ☐ Rural ☐ Residential ☐ Industry ☐ School
CRASH: ☐ Yes ☑ No ☐ Almost Caused ☐ Injury ☐ Non-Injury ☐ Fatal
☐ Crash Report Number: ___
☐ REMARKS

ACCOMPANYING CRIMINAL CHARGE ☐ Yes ☑ No  TOTAL # OFFENSES 2

**TO DEFENDANT: SUMMONS** ☐ PERSONAL APPEARANCE REQUIRED
You are summoned and ordered to appear at Springboro Court
320 W Central Ave Springboro, OH
at 9:00 A.M., 1-31- YR. 07. If you fail to appear at this time and place you may be arrested or your license may be cancelled.
This summons served personally on the defendant on 1-12- YR 07
The issuing-charging law enforcement officer states under the penalties of perjury and falsification that he/she has read the above complaint and that it is true.

Issuing-Charging Law Enforcement Officer
Court Code: 131  Unit: ___  Post: ___  Dist: ___

PHONE (513) 435-0501

NOTE: ISSUING OFFICER BE SURE TO VERIFY ADDRESS.
IF DIFFERENT FROM LICENSE ADDRESS WRITE PRESENT ADDRESS IN SPACE PROVIDED.

OHP0060  10-006000  (REVISION 9-1-96)  **COURT RECORD**  OSHP HP7 [B6305]