UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MIRACLE HURSTON | : | CASE NO. 1:07-cv-00449 |
| Plaintiff, | : | JUDGE BARRETT |
| v. | : | |
| THE CITY OF SPRINGBORO, OH et al. | : | |
| Defendant. | : | |

## AFFIDAVIT OF MIRACLE HURSTON

Mr. Miracle Hurston, having been duly sworn does state as follows:

1. My name is Miracle Hurston. I am the Plaintiff in the above listed lawsuit.
2. Since my deposition I have reviewed with my attorney all the evidence we have been able to obtain through the discovery process.
3. I now know that it was Officer Terry Dunkel who stopped me on two separate occasions in Springboro.
4. Officer Dunkel stopped my vehicle in summer of 2005 (around late August) and on or about January 21, 2007.
5. After each stop Officer Dunkel alleged I had committed a "lanes" violation, that is weaving within or outside my lane, and after the 2007 stop Officer Dunkel also claimed that my license plate was not properly illuminated.
6. None of what Officer Dunkel alleges is true.
7. At no time did I weave around in the manner described by Officer Dunkel, or at all, prior to the 2005 traffic stop.

8. At no time did I weave, at all, nor was there anything wrong with the lighting of my license plate during the time of the 2007 traffic stop.

9. Officer Dunkel lied about these incidents when he signed documents falsely charging me these offenses, when he testified at his deposition, and now in his affidavit filed in this case.

10. Both the 2005 and the 2007 charges were dismissed when they went to Court.

11. When I was deposed by Mr. Wiesenfelder there was a lot of confusion about the names of Officers I meant to sue.

12. At that time I explicitly told Mr. Weisenfelder I would need to review the police video tapes before I could be more explicit in answering his questions.

13. My statement to that effect is located at p.34 line 12 of my deposition transcript that my attorney has shown to me.

14. Officer Dunkel wrongfully stopped me in 2005 and in 2007.

15. Other Springboro officers did as well but I and my attorney have been unable to identify them through the discovery process.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Miracle Hurston
Citizen of the United States of America

Sworn to and signed in my presence on June __5__ 2008 at __West Chester__, __Butler__ County, State of Ohio.

JAMES E. KOLENICH
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Date. Section 147.03 O.R.C.

_____
Notary Public   (77084)