```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF OHIO
 3                   WESTERN DIVISION
 4                      *   *   *
 5   MIRACLE HURSTON,
 6         Plaintiff,
 7      vs.                    CASE NO. 1:07CV449
 8   THE CITY OF SPRINGBORO OHIO,
 9   et al.,
10         Defendants.
11                    .  *   *   *
12         Deposition of NATHAN R. ANDERKIN,
13   Defendant herein, called by the Plaintiff for
14   cross-examination pursuant to the Rules of
15   Civil Procedure, taken before me, Melissa A.
16   Neary, a Notary Public and Registered
17   Professional Reporter in and for the State of
18   Ohio, at the offices of The Springboro City
19   Building, 425 Pioneer Drive, Springboro,
20   Dayton, Ohio, on Wednesday, April 9, 2008, at
21   2:22 p.m.
22                      *   *   *
23
24
25
```

Page 2

1  APPEARANCES:
2      On behalf of the Plaintiff:
3          Law Offices of James E. Kolenich
4          James E. Kolenich
             Attorney at Law
5          9435 Waterstone Boulevard
             Suite 140
6          Cincinnati, Ohio 45249
7      On behalf of the Defendants:
8          Rendigs, Fry, Kiely & Dennis
9          Wilson G. Weisenfelder, Jr.
             Attorney at Law
10         One West Fourth Street
             Suite 900
11         Cincinnati, Ohio 45202
12
13 ALSO PRESENT:
14     Terry Dunkel
15          * * *

Page 3

1           NATHAN R. ANDERKIN
2  of lawful age, Defendant herein, having been
3  first duly cautioned and sworn, as hereinafter
4  certified, was examined and said as follows:
5           CROSS-EXAMINATION
6  BY MR. KOLENICH:
7      Q. Officer, would you state your name
8  and spell your last name for the record?
9      A. Nathan R. Anderkin, A N D E R K I N.
10     Q. And you are a Springboro police
11 officer?
12     A. Yes.
13     Q. Patrolman?
14     A. Yes.
15     Q. How long have you been so employed?
16     A. I got hired April 23rd of 2001.
17     Q. Were you a policeman before that?
18     A. Yes, I was.
19     Q. Where?
20     A. Jackson Township Police Department.
21     Q. And before that?
22     A. Police academy.
23     Q. What did you do before you went to
24 police academy?
25     A. I worked for the City of Moraine

Page 4

1  maintenance department.
2      Q. Okay. Any military experience?
3      A. No.
4      Q. Do you know the plaintiff in this
5  case, or have you heard of him, Miracle
6  Hurston?
7      A. I've dealt with him on a prior
8  incident.
9      Q. How many?
10     A. Just one.
11     Q. Just one. Would that be the incident
12 where you issued him a speeding ticket?
13     A. Yeah.
14     Q. And he subsequently was convicted in
15 court of that ticket?
16     A. Yes.
17     Q. Okay. Do you have any knowledge of
18 any other contacts by other Springboro officers
19 with Mr. Hurston?
20     A. Yes.
21     Q. To your knowledge, how many times has
22 Springboro pulled over Mr. Hurston for various
23 traffic offenses?
24     A. I can't tell you to be exact.
25     Q. Okay. What is the basis of your

Page 5

1  knowledge about contact between the other
2  officers and Mr. Hurston?
3      A. Well, based on the traffic stop, I
4  pulled up prior history and noticed that he had
5  been issued a warning for a prior violation.
6      Q. Okay. On his prior history, could
7  you tell how many times he had been pulled
8  over?
9          MR. WEISENFELDER: If you recall. If
10 you don't know, you don't know.
11         THE WITNESS: I know at least once.
12     Q. So you have an MDT unit in your
13 vehicle?
14     A. Yes.
15     Q. Is it possible to get a printout of
16 what you saw on the day of the traffic stop?
17     A. Yes.
18     Q. Do you know an attorney named John
19 Sharts or Jack Sharts?
20     A. I do.
21     Q. He is the former Springboro city
22 prosecutor?
23     A. Yes.
24     Q. Do you have -- to your knowledge, is
25 there any what might be called tendency among

2 (Pages 2 to 5)

Page 6

1 Springboro police officers to pull over young
2 male drivers?
3 　A.　Can you repeat that?
4 　Q.　Is there a tendency or a preference
5 among Springboro patrolmen to pull over young
6 males? Not to your knowledge?
7 　A.　I can speak for myself. No.
8 　Q.　And you haven't heard about it from
9 the other officers?
10 　A.　No.
11 　Q.　Certainly wouldn't be something your
12 supervisors tell you?
13 　A.　Absolutely not.
14 　Q.　How about drivers in poor looking
15 vehicles?
16 　A.　No.
17 　Q.　Do you know or did you know an
18 Officer Todd Pultz?
19 　A.　I did.
20 　Q.　Is he still a Springboro officer?
21 　A.　No, he's not.
22 　Q.　Do you know why that is?
23 　A.　I don't know the main reasons of the
24 investigation or the outcome or the specifics
25 as to why he's not.

Page 7

1 　Q.　You just know he was being
2 investigated and now he's not an officer?
3 　A.　Yes.
4 　Q.　How about Sergeant Kevin Hughes, do
5 you know him?
6 　A.　Yes.
7 　Q.　Do you know why he's no longer a
8 Springboro officer?
9 　A.　Yes.
10 　Q.　Why is that?
11 　A.　Some sort of harassment.
12 　Q.　Could you be more specific?
13 　A.　I can't. It's been a while, so I
14 can't really recall. I just know he's not here
15 and the beginning stage of the investigation
16 was harassment.
17 　Q.　Okay. Have you ever heard the phrase
18 flipping plates?
19 　A.　I don't think so.
20 　Q.　Okay. The totality of what you know
21 about Miracle Hurston is that you ticketed him
22 once and he had been stopped at least one other
23 time, as best as you know?
24 　A.　That's what I can absolutely say yes
25 to.

Page 8

1 　Q.　Okay. Have you ever discussed
2 Miracle Hurston with any other police officer?
3 　A.　I've talked to other officers about
4 it, yes.
5 　Q.　What were the substance of those
6 conversations?
7 　A.　Just his actions in my dealings with
8 him.
9 　Q.　That's it?
10 　A.　Yes.
11 　Q.　Just your dealings with him, not the
12 other officers' dealings?
13 　A.　Pretty much. I mean, just kind of
14 how his attitude was.
15 　Q.　How was his attitude?
16 　A.　On my traffic stop, very poor,
17 argumentative.
18 　Q.　He was mouthy?
19 　A.　Very mouthy.
20 　Q.　Okay. Do you remember specifically
21 what he said?
22 　A.　I can remember he stated that he was
23 going to have me fired. He made a reference
24 that he had just left Miami Township and he,
25 him and his family, I guess, more or less joked

Page 9

1 about seeing if he would get stopped in going
2 through Springboro.
3 　Q.　Implying that he got stopped
4 frequently in Springboro?
5 　A.　I don't know what the implication
6 was.
7 　Q.　Okay. What shift do you currently
8 work?
9 　A.　I go in at 11:00 at night and get off
10 at 7:00 in the morning.
11 　Q.　How long have you been working that
12 shift?
13 　A.　December 28, I think.
14 　Q.　Just this past December?
15 　A.　Yes.
16 　Q.　So before that what shift were you
17 on?
18 　A.　3:00 to 11:00.
19 　Q.　What kind of training do you undergo
20 as a full-time police officer?
21 　A.　Well, I have the tactical response
22 unit training. As far as the training, you
23 have to get certified once a year for shooting
24 range, and any specialty training I request and
25 that I'm approved for.

3 (Pages 6 to 9)

Page 10

1  Q. Okay. So do you get trained once a
2 month, would you say?
3  A. Well, that depends on what training
4 that would be.
5  Q. Any training?
6  A. I do train once a month.
7  Q. Okay. What kind of training is that?
8  A. That would be the tactical response
9 unit for Warren County.
10  Q. What is the tactical response unit
11 for Warren County?
12  A. Basically swat team.
13  Q. And that's multi-department?
14  A. Yes.
15  Q. How about the more generic type of
16 training, say, as to probable cause for traffic
17 stops and things like that?
18  A. We don't have a guideline training
19 that we do every month.
20  Q. Do you ever do any kind of training
21 for that?
22  A. We go over articles. I do my own,
23 you know, read articles and stuff, but through
24 the department, we don't have a training that
25 we go over frequently.

Page 11

1  MR. KOLENICH: Very well. Patrolman,
2 thanks for coming in. No further questions.
3  (The deposition was concluded at 2:29 p.m.)
4              * * *