33

```
1    Q.   Sir, I'm not arguing with you.
2    A.   I don't know.
3    Q.   You either know or you don't know.
4    A.   I don't know.
5    Q.   You don't know.  Have you ever had a
6  conversation with Officer Dunkel?
7    A.   Not that I recall.
8    Q.   I mean, when he stopped you, did you ever
9  have a conversation with him?
10   A.   Not that I recall.
11   Q.   Did you ever exchange words?
12   A.   Not that I recall.
13   Q.   Do you recall anything that he did that
14 was unprofessional?
15   A.   Not specifically.
16   Q.   Did he ever make any type of remark to you
17 that was offensive?
18   A.   Not that I recall.
19   Q.   Did he ever make a remark to you that was
20 somehow with racial overtones?
21   A.   Not that I recall.
22   Q.   Not that you recall.  Well, I take it from
23 all of this, if I were to ask you, since you can't
24 identify each time that Officer Dunkel stopped you,
25 you probably can't tell me how long you were
```

34

```
1  stopped; is that right?
2    A.   Right.
3    Q.   Any time that Officer Dunkel stopped you,
4  were you made to get out of the car, out of your
5  car?
6    A.   Not that I recall, because I can't
7  specifically speak of --
8    Q.   You can't --
9    A.   -- of Officer Dunkel.  I can't
10 specifically speak of Officer Dunkel.
11   Q.   Okay.  You understand --
12   A.   I'd have to review the videotapes to tell
13 you specifically.
14   Q.   Okay.  You understand that you've sued
15 Officer Dunkel, okay?  And you accused him of
16 certain things in your complaint; you understand
17 that?
18   A.   Okay.
19   Q.   Okay.  Do you understand that?
20   A.   Yes, I understand it, but I -- I don't
21 remember the complaint.
22   Q.   Did you review the complaint before it was
23 filed?
24   A.   I can't recall what the complaint
25 specifically --
```

35

```
1    Q.   Do you know what a complaint is?
2    A.   Yes, I do.
3    Q.   Okay.
4    A.   I know what a complaint is, but I --
5    Q.   Did you read the complaint in this case
6  before it was filed?
7    A.   I'm not specifically aware of exactly --
8    Q.   Let's do this.
9    A.   -- the complaint.
10   Q.   Let's do this.  Here's a copy of the
11 complaint.  Why don't you take a minute or two, and
12 why don't you look at that.
13        MR. KOLENICH:  Look how well I write.  Do
14 you want him to pay any particular attention
15 to --
16        MR. WEISENFELDER:  No, I just want him to
17 read the complaint.
18        MR. KOLENICH:     Dunkel's name is a
19 defendant on the complaint, that's who he's
20 talking about.
21   A.   Okay.
22        (WITNESS REVIEWS DOCUMENT)
23        MR. KOLENICH:  Go ahead and read through
24 this section.  It's your request that he read
25 the entire complaint at this time?
```

36

```
1        MR. WEISENFELDER:  Yeah.
2        MR. KOLENICH:     If you wouldn't mind,
3  start from the beginning and read the entire
4  complaint.
5    A.   Okay.
6        MR. KOLENICH:  While he's doing that,
7  would you mind if I stepped out?
8        MR. WEISENFELDER:  No.  We can go off the
9  record.
10            (OFF THE RECORD)
11 BY MR. WEISENFELDER:
12   Q.   Mr. Hurston, did you have an opportunity
13 to review the complaint that was filed in this case?
14   A.   Yes.
15   Q.   Before today, had you ever seen that?
16   A.   Yes, I seen it.
17   Q.   When did you see it?
18   A.   It was when it was first filed, but it was
19 some time ago.
20   Q.   Okay.  So you recognize in there that
21 you've made certain allegations against Officer
22 Dunkel?
23   A.   Right.  But there's other officers
24 involved in that and when you just single out --
25   Q.   The fact is --
```