1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
- - -

MIRACLE HURSTON,              :
    Plaintiff,                :
vs.                           : CASE NO. 1:07cv449
THE CITY OF SPRINGBORO,       :
OHIO, et al.,                 :
    Defendants.               :
- - -

Deposition of JOHN E. SHARTS, a witness herein, taken by the plaintiff as upon cross-examination, pursuant to the Federal Rules of Civil Procedure and pursuant to agreement by counsel as to the time and place and stipulations hereinafter set forth, at the offices of James Kolenich, 9435 Waterstone Boulevard, Cincinnati, Ohio, at 1:10 p.m. on Tuesday, April 8, 2008, before M. Sue Lopreato, RMR, CRR and Notary Public within and for the State of Ohio.

- - -

---

2

APPEARANCES:

    On behalf of the plaintiff:

        JAMES E. KOLENICH, ESQ.
        9435 Waterstone Boulevard
        Suite 140
        Cincinnati, Ohio  45249

    On behalf of the defendants:

        WILSON G. WEISENFELDER, JR., ESQ.
        Rendigs, Fry, Kiely & Dennis, LLP
        One West Fourth Street
        Suite 900
        Cincinnati, Ohio  45202

- - -

---

3

STIPULATIONS

It is stipulated by counsel for the respective parties that the deposition of JOHN E. SHARTS, a witness herein, may be taken at this time by the plaintiff as upon cross-examination and pursuant to the Federal Rules of Civil Procedure, all other legal formalities being waived by agreement; that the deposition may be taken in stenotypy by the Notary Public-Court Reporter and transcribed by her out of the presence of the witness; that submission of the deposition to the witness for examination and signature is expressly waived.

- - -

---

4

I N D E X

BY MR. KOLENICH:                        PAGE
    Cross                                 5
    Recross                              24
BY MR. WEISENFELDER:
    Direct                               21
    Redirect                             26


EXHIBITS

Exhibit                              Marked

(No Exhibits Marked.)


- - -

### 5

1　　　JOHN E. SHARTS
2　of lawful age, a witness herein, being first
3　duly sworn, as hereinafter certified, was
4　examined and deposed as follows:
5　　　CROSS-EXAMINATION
6　BY MR. KOLENICH:
7　　Q.　Mr. Sharts, would you state your
8　name, and spell your last name for the
9　record?
10　　A.　John E. Sharts, S-H-A-R-T-S.
11　　Q.　You are an attorney, sir?
12　　A.　Yes.
13　　Q.　How are you currently employed?
14　　A.　Self-employed.
15　　Q.　And were you always
16　self-employed, or did you have a job at some
17　point?
18　　A.　I've always been self-employed.
19　I was part-time with the City of Springboro
20　prosecutor for a while.
21　　Q.　How long of a while?
22　　A.　1989 through early 2006.
23　　Q.　Did Springboro, during any of
24　that time, have a full-time prosecutor, or

### 6

1　you were it?
2　　A.　No.
3　　Q.　You were their only prosecutor?
4　　A.　Only prosecutor. They do, of
5　course, have access and recourse to other
6　courts where either the county prosecutor's
7　office provides prosecutorial services or
8　other municipalities.
9　　Q.　Sure. So that's what,
10　approximately 17 years of prosecuting for the
11　City of Springboro?
12　　A.　Sixteen.
13　　Q.　During that time, I imagine you
14　became familiar with common practices among
15　the Springboro Police Department?
16　　A.　Yes.
17　　Q.　Were you familiar with their
18　geographic boundaries, where they were
19　supposed to patrol and not patrol?
20　　A.　Yes.
21　　Q.　At any time, to your knowledge,
22　did they either on occasion or as a habit
23　exceed those boundaries, say by patrolling on
24　I-75?

### 7

1　　A.　One officer, to my knowledge,
2　did.
3　　Q.　Did you take any action
4　regarding that officer?
5　　A.　I spoke with the officer and
6　explained to him the facts of life. He was
7　resistant to the explanation. I shared my
8　thinking with the lieutenant.
9　　Q.　Did that solve the problem?
10　　A.　I'm not certain because of the
11　timing of my departure.
12　　Q.　I see. If you know, did your
13　departure have anything to do with that?
14　　　MR. WEISENFELDER: Objection.
15　Go ahead.
16　　A.　That officer and I were not best
17　friends.
18　　Q.　What's the officer's name?
19　　A.　Todd Pultz.
20　　Q.　If you know, is he still
21　employed by Springboro Police?
22　　A.　No, he is not.
23　　Q.　Is he employed by another police
24　department?

### 8

1　　A.　I'm unaware.
2　　Q.　Thank you. Who was the
3　lieutenant you spoke to about Officer Pultz?
4　　A.　Jonathan Wheeler.
5　　Q.　Thank you. As the part-time
6　prosecutor, you no doubt had a lot of
7　involvement with traffic tickets and traffic
8　offenses; is that correct?
9　　A.　Yes.
10　　Q.　Over the course of your tenure
11　with Springboro, were you able to observe or
12　become aware of any routines among the police
13　as to pulling over -- let's say the
14　Springboro Police now pulling over cars
15　driven by minorities?
16　　A.　No.
17　　Q.　They didn't pick on minorities
18　in any way, as far as you were aware of?
19　　A.　Not especially, no. There are,
20　within Springboro, very few African-Americans
21　in transit. Who knows.
22　　Q.　How about drivers of poor
23　vehicles, old, run-down looking vehicles?
24　　A.　There was a tendency to interact