Hurston vs. The City of Springboro, et al.                    John E. Sharts, 4/8/08

Case: 1:07-cv-00449-MRB Doc #: 20-9 Filed: 06/07/08 Page: 1 of 2 PAGEID #: 156

9

1 with younger drivers in crumbier looking
2 cars.
3        Q.   Would you be able to elaborate
4 on the phrase "a tendency"?
5        A.   Statistically, they wound up
6 being contacted fairly frequently; not
7 exclusively, but fairly frequently.
8        Q.   And at some of those contacts,
9 would it seem that the police didn't
10 otherwise have a proper legal reason to pull
11 them over?
12               MR. WEISENFELDER:  Objection.
13        Q.   If you know?
14        A.   I don't know how to answer you.
15 My job was to sift out those cases with
16 probable cause and discard those cases
17 without probable cause.
18        Q.   Okay.  How often did you end up
19 discarding cases for lack of probable cause?
20        A.   Occasionally.
21        Q.   Just to try to put some sort of
22 parameter on that, say out of every hundred
23 tickets, they wrote how many?
24               MR. WEISENFELDER:  Objection.

10

1        A.   I'm unable to answer because
2 I've never kept records that way, and any
3 answer I give you would just be a guess.
4        Q.   Understanding that, are you at
5 all able to ballpark it, or no, you just --
6        A.   No.  If you want a numerical
7 quantification, I'm unable to give you any
8 reliable data.
9        Q.   All right.  Limiting ourselves
10 to, say, 2003 forward until the end of your
11 tenure there, do you recall dismissing any
12 tickets, traffic tickets at all?
13               MR. WEISENFELDER:  I'm going to
14 object.  Go ahead.
15        A.   Did I dismiss tickets?  Yes.
16 Which ones and why, I have no ability to
17 answer that.  I have no recall.
18        Q.   Well, if you dismissed one, it
19 would have been for lack of probable cause,
20 or there might have been other reasons?
21               MR. WEISENFELDER:  Objection.
22        A.   It would have been lack of
23 probable cause.
24        Q.   Going back to the earlier answer

11

1 that there was tendency to have frequent
2 contacts with younger drivers in run-down
3 vehicles, do you recall whether this was
4 specific officers, or a specific shift, or
5 all the patrol officers?
6        A.   Some of the officers were
7 greatly more productive, in the sense that
8 they generated larger numbers of citations
9 than did other officers.
10               The officers taken all together
11 had tendency to, what I call flip plates.
12 They would spot license plate numbers in
13 traffic, and through one means or another
14 attempt to ascertain if the plate was
15 expired, or the driver under suspension, or
16 there was a false registration, a fictitious
17 registration.  They spent quite a lot of time
18 doing that.
19        Q.   Are you able to elaborate on the
20 phrase "through one means or another"?
21        A.   Well, the officers are mobile
22 communication centers.  They have available
23 to them personal radios, cruiser radios,
24 laptop satellite links to the BMV database,

12

1 cell phones.  I'm not aware if they still
2 carry pagers or not.
3               They have a variety of means
4 available to them to communicate among
5 themselves, with the police department, the
6 police station, as well as Warren County
7 Sheriff's Office, which provides them
8 dispatch; one way and another, they can reach
9 out.
10        Q.   All right.  So by "flip plates,"
11 you just mean that they would select a car,
12 even if they just looked at one and saw it,
13 and tried to run the tag?
14        A.   They would query plate after
15 plate after plate.
16        Q.   Until they found something?
17        A.   Yes.
18        Q.   If I could ask, how do you know
19 that?
20        A.   Wound up spending 16 years
21 dealing with citations they issued.  On many
22 of them, the reason why there was a police
23 intervention was because of some kind of
24 irregularity with the registration on the

Hurston vs. The City of Springboro, et al.                                    John E. Sharts, 4/8/08

Case: 1:07-cv-00449-MRB Doc #: 20-9 Filed: 06/07/08 Page: 2 of 2 PAGEID #: 157

17

1  during your -- again, limiting ourselves to
2  the specified years, 2003 and forward, that
3  they were sort of manufacturing reasons to
4  pull over young people in run-down cars?
5        MR. WEISENFELDER:  Objection.
6        A.   No.  I can't say that.  I was
7  not aware.  In a manner of speaking, you may
8  be asking if I were aware I was being had in
9  the exercise, and I tried to avoid being had.
10       Q.   If I had asked that, what would
11 your answer have been?
12       MR. WEISENFELDER:  Objection.
13       A.   I think I have been reasonably
14 successful in avoiding being had.
15       Q.   Did you think that you were
16 being had with any frequency?
17       A.   Depending on the officer, yes.
18       Q.   Okay.  Can you specify any
19 officers that did that more frequently than
20 the others?
21       A.   Sergeant Kevin Hughes.
22       Q.   Anybody else?
23       A.   No.  Hughes was terminated.  I
24 do not recall exactly when.

18

1        Q.   Was Sergeant Hughes a patrol
2  supervisor?
3        A.   He was a shift leader and
4  squadrant leader.  The department is
5  structured so that it tries to have a
6  sergeant on duty each of the three shifts
7  each day.
8        Q.   To your knowledge, would there
9  have been any correlation between younger
10 drivers in poor cars, and you being had by
11 the officer?
12       A.   I'm not sure I can answer your
13 question.  Sergeant Hughes attempted to game
14 everybody.
15       Q.   Do you recall what officers
16 worked under Sergeant Hughes while he was on
17 patrol?
18       A.   No, they did not have a fixed
19 alignment.  There were periodic realignments
20 from time to time so that everybody worked
21 with everybody else.
22       Q.   Did he work a fixed shift?
23       A.   No.  They rotated the shifts
24 also.

19

1        Q.   Okay.
2        A.   And I'm unable to explain to you
3  how the rotational sequence worked, or indeed
4  if it wasn't just periodically a random
5  redistribution.  I don't know.
6        Q.   So these guys, they worked
7  various shifts and various hours?
8        A.   Yes.
9        Q.   And that was all the policemen?
10       A.   Yes.
11       Q.   Except for, perhaps, the senior
12 most officers?
13       A.   Yes.
14       Q.   How large is the Springboro
15 Police Department, or was it when you were
16 there?
17       A.   I believe they had
18 exclusively -- of the chief and the
19 lieutenant, I believe they had 22 officers.
20 That's approximately correct; another six or
21 seven dispatchers.
22       Q.   How many shifts does Springboro
23 Police run?  Is it three shifts or four?
24       A.   Three shifts a day.

20

1        Q.   So how many officers would
2  ordinarily work, say, the third shift?
3        A.   Well, if you're calling the
4  third shift, 11:00 to 7:00, the midnight
5  shift?
6        Q.   Right.
7        A.   If that's what you're calling
8  the third shift?
9        Q.   Yes, that was my meaning.
10       A.   They would -- the truth of the
11 matter is I was never at work to see.  I
12 believe they would have run three officers
13 and a sergeant fairly typically.  They may
14 have run four.  But the truth is I don't know
15 of a certainty.
16       Q.   Okay.  If a citizen was pulled
17 over seven or eight times in a short time
18 frame, and he was a young male, as it
19 happens, black, and drove sort of poor,
20 run-down vehicles, would your opinion have
21 been that Springboro was sort of targeting
22 him because of their tendency to pull that
23 type of car over?
24       MR. WEISENFELDER:  Objection as